In the Matter of the Application of LEO D. MORGAN for a Certiorari Order against JOHN J. HALLERAN, as Commissioner of the Department of Public Works of the Borough of Queens of the City of New York, and GEORGE U. HARVEY, as President of the Borough of Queens.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MISCHA BARENBLATT v. MASSACHUSETTS ACCIDENT COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

JOSEPH COHEN v. DAVID A. MAHONEY, APPELLATE PRESS, INC., and APPELLATE LAW PRINTERS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE BOARD OF EDUCATION OF THE CITY OF NEW YORK v. CONCORD CONSTRUCTION COMPANY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Undermyer and Cohn, JJ.

In the Matter of the Petition of THE CORN EXCHANGE BANK TRUST COMPANY, to Render and Settle Its Account as Temporary Administrator of the Estate of GEORGE A. MACDONALD, Deceased, and as Executor and Trustee, etc., of GEORGE A. MACDONALD, Deceased. ANNA COMBS; CORN EXCHANGE BANK TRUST COMPANY, as Executor and Trustee, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

MARION O'BRIEN v. DENIS DONEGAN.— Motion for leave to appeal to the Court of Appeals granted. [See 247 App. Div. 877.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

WILLIAM J. STOKES, an Infant, by HARRY J. STOKES, His Guardian ad Litem, and HARRY J. STOKES v. CHURCH OF THE HOLY ROSARY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Glennon, Untermyer and Dore, JJ.

PHILIP PERLIN v. THIRTY-FOURTH STREET HOTEL CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

In the Matter of the Petition of DANIEL FRIEDMAN to Compel FERDINAND L. LOEB, as Executor and Trustee, etc., of EUGENE LOEB, Deceased, to Render and Settle His Accounts as Such Executor and Trustee. DANIEL FRIEDMAN, FERDINAND L. LOEB, FRIEDA DOUTY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

M. P. MOLLER, INC., v. TEMPLE ISRAEL OF WASHINGTON HEIGHTS, INC., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.